**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6753**

BRANDON M. LILLARD,

Plaintiff - Appellant,

v.

JANE DOE RICHARDSON, Corrections Officer; JANE DOE GAY, Corrections Officer,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:07-cv-00259-RAJ-FBS)

Submitted: October 21, 2008      Decided: October 27, 2008

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brandon M. Lillard, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon M. Lillard appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) action for failure to prosecute and for noncompliance with court orders. A plaintiff's failure to prosecute or to comply with the federal procedural rules or an order of the court may warrant involuntary dismissal. Fed. R. Civ. P. 41(b). We review a district court's dismissal under Rule 41(b) for abuse of discretion. Ballard v. Carlson, 882 F.2d 93, 95-96 (4th Cir. 1989). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Lillard v. Richardson, No. 2:07-cv-00259-RAJ-FBS (E.D. Va. filed Apr. 2, 2008; entered Apr. 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED